**RAB18J** (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **12–30925**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott William Patterson<br>2214 Morgan Rd<br>Saratoga Springs, UT 84045 | Karyn Patterson<br>2214 Morgan Rd<br>Saratoga Springs, UT 84045 |

Social Security No.:
  xxx–xx–6046                                xxx–xx–3596

Employer's Tax I.D. No.:

Petition date: 8/27/12

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    BY THE COURT

Dated: 11/28/12                                     R. Kimball Mosier
                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                     District of Utah
In re:                                                                  Case No. 12-30925-RKM
Scott William Patterson                                                 Chapter 7
Karyn Patterson
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1088-2           User: admin                  Page 1 of 4                  Date Rcvd: Nov 28, 2012
                               Form ID: rab18j              Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2012.
db/jdb     +Scott William Patterson,    Karyn Patterson,    2214 Morgan Rd,    Saratoga Springs, UT 84045-4065
aty        +Gregory J. Adams,    McKay Burton & Thurman,    170 South Main Street,    Suite 800,
             Salt Lake City, UT 84101-1656
8465131    +Allied Waste,    PO Box 78829,    Phoenix, AZ 85062-8829
8465132     Ally,    P.O. Box 380900,    Minneapolis, MN 55438
8465135    +Aposhian Turf Farms,    6570 West 3500 South,    West Valley City, UT 84128-2410
8465136    +Arrowhead Ornamental, LLC,    PO Box 157,    Hubbard, OR 97032-0157
8465137    +Associated Fire Protection Inc.,    933 West 1820 South,    Salt Lake City, UT 84104-2211
8465138    +Automated Business Products,    PO Box 651006,    Salt Lake City, UT 84165-1006
8465141    +Bank of America,    P. O. Box 982238,    El Paso, TX 79998-2238
8465139     Bank of America,    450 American St. Ste# 416,    P. O. Box 5170,    Simi Valley, CA 93062-5170
8465143    +Beck & Beck,    PO Box 98,    American Fork, UT 84003-0098
8465144    +Bostwick and Price,    157 South Main Street,    16th Floor,    Salt Lake City, UT 84111-1917
8465151    +CMT Engineering Laboratories,    2800 South Redwood Road,    West Valley City, UT 84119-2375
8465146    +Certified Engineering Systems,    2949 S. Main Street,    Salt Lake City, UT 84115-3515
8465150    +Clovis & Roche, Inc.,    P. O. Box 2309,    Hammond, LA 70404-2309
8465153    +Continental Western,    PO Box 14558,    Des Moines, IA 50306-3558
8465154    +DeWilde's Wholesale Nurseries Inc.,    6930 Old Guide Road,    Lynden, WA 98264-9015
8465127    +District Counsel,    Internal Revenue Service,    150 Social Hall Ave. #313A,
             Salt Lake City, UT 84111-1534
8465156    +Douglas E. Griffith,    KESLER & RUST,    68 South Main Street, 2nd Floor,
             Salt Lake City, UT 84101-1525
8465157    +Duffin & Associates,    311 South State Street,    Salt Lake City, UT 84111-5215
8465158    +EF Nursery Inc,    43465 SW Hiatt,    Forest Grove, OR 97116-7112
8465159    +Elggren & Peterson, P.C.,    Attorneys at Law,    7390 S Creek Road #201,    Sandy, UT 84093-6123
8465160    +Ewing Irrigation Products, Inc.,    6849 South 300 West,    Midvale, UT 84047-1052
8465161    +G2 Green Distributing,    455 Green Gables Ave.,    Las Vegas, NV 89183-7201
8465162     GE Capital Solutions,    Delinquency Management Dept.,    P. O. Box 822108,
             Philadelphia, PA 19182-2108
8465164    +Geneva Rock Products,    PO Box 428,    Orem, UT 84059-0428
8465165    +Gray Trucking,    PO Box 790,    Lehi, UT 84043-0790
8465166    +Hansen & Green,    239 West Paramount Avenue,    Salt Lake City, UT 84115-5215
8465168    +Integra Telacom,    1201 NE Lloyd Blvd Ste. 500,    Portland, OR 97232-1259
8465169    +J. J. Adjustment Services, LLC,    16600 18 Mile Road,    Clinton Township, MI 48038-4539
8465170    +John Deer Credit,    6400 NW 86th Street,    PO Box 5500,    Johnston, IA 50131-3087
8465171    +John E. Cawley,    Attorney at Law,    311 South State, Suite 380,    Salt Lake City, UT 84111-5215
8465172    +Lenders Acceptance Corp.,    c/o Leasing Group, LLC (John Tomich),    360 East 4500 South #10,
             Salt Lake City, UT 84107-4260
8465173    +Mercedes Benz of Lindon,    530 South Lindon Park Dr.,    Lindon, UT 84042-1655
8465174     Michael S. Allen,    PARKER LAW FIRM, P.L.C.,    P. O. Box 63098,    Phoenix, AZ 85082-3098
8465175    +Miller Companies LC,    1836 West 4600 South,    PO Box 305,    Hyrum, UT 84319-0305
8465176    +Mountain State Fence,    3737 South 500 West,    Salt Lake City, UT 84115-4209
8465177    +Mountain States Supply,    PO Box 65099,    Salt Lake City, UT 84165-0099
8465178    +Mountain West LLC,    4212 South Highway 191,    Rexburg, ID 83440-4251
8465179    +Nature's Organix, LLC,    4255 W. 500 N.,    Fillmore, UT 84631-5059
8465180    +Nephi Sandstone,    PO Box 137,    Nephi, UT 84648-0137
8465181    +Nextraq,    1200 Lake Hearn Drive, Suite 500,    Atlanta, GA 30319-6405
8465182    +Oregon Acres,    1000 South 500 East,    American Fork, UT 84003-9721
8465184     PNC Bank,    P. O. Box 5570,    Cleveland, OH 44101-0570
8465183    +PNC Bank,    1 Cascade Plz,    Akron, OH 44308-1198
8465186     Progressive Plants,    10252 S. Hyw U-111,    Bingham Canyon, UT 84006
8465187    +QA Consulting and Testing,    PO Box 627,    Salem, UT 84653-0627
8465188    +Questar,    PO Box 45841,    Salt Lake City, UT 84139-0001
8465190    +R&R Express,    3 Crafton Square,    Pittsburgh, PA 15205-2831
8465191    +Reynolds Excavation,    PO Box 3429,    Ogden, UT 84409-1429
8465192     Richard F. Ensor, Esq.,    VANTUS LAW GROUP, P.C.,    6996 South Union Park Ctr., Suite 100,
             Midvale, UT 84047
8465193    +Rocky Mountain Power,    Attn: Bankruptcy Team,    P.O. Box 25308,    Salt Lake City, UT 84125-0308
8465194    +Salt Lake County Treasurer's Office,    PO Box 410418,    Salt Lake City, UT 84141-0418
8465195    +Sonntag Rectreation LLC,    4245 Panorama Circle,    Salt Lake City, UT 84124-2836
8465196    +Sorensen Sand and Gravel,    PO Box 31,    Bingham Canyon, UT 84006-0031
8465197    +Spring Lake Farms,    10252 S Hwy U-111,    Copperton, UT 84006-1215
8465198    +Sprinkler Supply,    7878 South 1410 West,    West Jordan, UT 84088-9400
8465200    +Staker & Parson Companies,    7878 South 1410 West,    West Jordan, UT 84088-9400
8465201    +Staker & Parson Companies,    PO Box 3429,    Ogden, UT 84409-1429
8465129    +Stephen W. Lewis,    Assistant Attorney General,    160 East 300 South  Mail Stop 140874,
             Salt Lake City, UT 84111-2305
8465202    +Sunbelt Rentals,    PO Box 18040,    Portland, OR 97218-0040
8465203     Trans Lease Inc.,    P. O. Box 16464,    Denver, CO 80216-0464
8465205    +Trees Northwest,    33150 SE Leewood Lane,    Boring, OR 97009-8543
8465206    +Utelite Corporation,    PO Box 387,    Coalville, UT 84017-0387
8465208    +Wasatch Topsoil,    PO Box 818,    West Jordan, UT 84084-0818
8465209    +Wheeler Cat Rental,    PO Box 701047,    Salt Lake City, UT 84170-1047
```

```
District/off: 1088-2           User: admin                  Page 2 of 4                   Date Rcvd: Nov 28, 2012
                               Form ID: rab18j              Total Noticed: 90


8465210       +Wholesale Landscape Supply,    754 W. 700S #100,    Pleasant Grove, UT 84062-3291
8465211        Willamette Tree Wholesale,    3591 Brookdale Rd.,   Salem, OR 97303
8465212       +Wolf Mountain,    256 W. Center Street,   Orem, UT 84057-4637
8465213      ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                 SALT LAKE CITY UT 84130-0709
               (address filed with court:  Zions Bank,    Credit Management Department,
                 One South Main, Suite 500,   Salt Lake City, UT 84133-1109)
8465130       +d) Internal Revenue Service/Utah,    Special Procedures, Mail Stop 5021,    50 South 200 East,
                 Salt Lake City, UT 84111-1617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QPGJONES.COM Nov 29 2012 02:53:00      Philip G. Jones tr,   853 West Center Street,
                 Orem, UT 84057-5201
ust           +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Nov 29 2012 04:39:35      United States Trustee,
                 Ken Garff Bldg.,    405 South Main Street,    Suite 300,   Salt Lake City, UT 84111-3402
8465133       +EDI: AMEREXPR.COM Nov 29 2012 02:53:00      American Express,   P.O.Box 981535,
                 El Paso, TX 79998-1535
8465134       +EDI: AMEREXPR.COM Nov 29 2012 02:53:00      American Express,   P. O. Box 53852,
                 Phoenix, AZ 85072-3852
8465140       +EDI: BANKAMER2.COM Nov 29 2012 02:53:00      Bank of America,   P. O. Box 51220,
                 Wilmington, DE 19886-0001
8465148       +E-mail/Text: citjaxbankruptcy@cit.com Nov 29 2012 03:35:01
                 CIT Technology Finance Services, INC,   PO Box 550599,    Jacksonville, FL 32255-0599
8465145        EDI: CAPITALONE.COM Nov 29 2012 02:53:00      Capitol One,   PO Box 60599,
                 City of Industry, CA 91716-0599
8465147       +EDI: CHASE.COM Nov 29 2012 02:53:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
8465149       +E-mail/Text: cindyb@wjordan.com Nov 29 2012 04:54:42      City of West Jordan,
                 8000 South Redwood Road,   West Jordan, UT 84088-4604
8465152       +E-mail/Text: bankruptcies@libertymutual.com Nov 29 2012 04:55:59      Colorado Casualty,
                 PO Box 85834,   San Diego, CA 92186-5834
8465155        EDI: DISCOVER.COM Nov 29 2012 02:53:00      Discover,   PO Box 15316,   Wilmington, DE 19850-5316
8465163       +EDI: RMSC.COM Nov 29 2012 02:53:00      GE Money,   Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
8465167       +E-mail/Text: ar@honnen.com Nov 29 2012 04:53:21      Honnen Equipment,   5055 E 72nd Ave,
                 Commerce City, CO 80022-1596
8465128        EDI: IRS.COM Nov 29 2012 02:53:00      District Director, IRS,   Attn: Insolvancy Unit-7,
                 50 South 200 East, Mail Stop 5021,   Salt Lake City, UT 84111
8465185        E-mail/Text: bankruptcy@proconsrv.com Nov 29 2012 04:53:28      Pro Consulting Services, Inc.,
                 fbo Sprint,   P. O. Box 66510,   Houston, TX 77266-6510
8465189        E-mail/Text: bklaw@centurylink.com Nov 29 2012 03:38:37      Qwest,   P.O. Box 29039,
                 Phoenix, AZ 85038-9039
8465199        EDI: NEXTEL.COM Nov 29 2012 02:53:00      Sprint,   PO Box 4181,   Carol Stream, IL 60197
8465126       +EDI: UTAHTAXCOMM.COM Nov 29 2012 02:53:00      Utah State Tax Commission,
                 Attn Legal Processes Unit,   210 North 1950 West,   Salt Lake City, UT 84134-9000
8465207       +EDI: AFNIVZWIRE.COM Nov 29 2012 02:53:00      Verizon Wireless,   P.O. Box 660108,
                 Dallas, TX 75266-0108
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Michael S. Allen,    Parker Law Firm P.L.C.,   PO Box 63098,    Phoenix, AZ  85082-3098
8465142*     +Bank of America,    PO Box 982238,   El Paso, TX 79998-2238
8465204*      Trans Lease, Inc.,    P. O. Box 16464,   Denver, CO 80216-0464
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1088-2          User: admin              Page 3 of 4           Date Rcvd: Nov 28, 2012
                              Form ID: rab18j          Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 1088-2           User: admin              Page 4 of 4             Date Rcvd: Nov 28, 2012
                               Form ID: rab18j          Total Noticed: 90
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2012 at the address(es) listed below:

```
              Gregory J. Adams    on behalf of Debtor Scott Patterson gadams@mbt-law.com
              Philip G. Jones tr    PGJonesT@theomphalos.com, pjones@ecf.epiqsystems.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```